THE CITY OF CHICAGO, Appellant, *vs.* THE WEST SIDE
METAL REFINING COMPANY, Appellee.

*Opinion filed December 15, 1908.*

APPEALS AND ERRORS—*when an appeal does not lie to Supreme
Court without certificate of importance.* In the absence of a cer-
tificate of importance an appeal does not lie to the Supreme Court
from a judgment of the Appellate Court reversing a judgment for
$100 and costs of suit recovered by a city in an action to recover
a penalty for an alleged violation of a city ordinance.

APPEAL from the Appellate Court for the First Dis-
trict;—heard in that court on writ of error to the Munici-
pal Court of Chicago; the Hon. JOHN C. SCOVEL, Judge,
presiding.

GEORGE H. WHITE, (HENRY M. SELIGMAN, of coun-
sel,) for appellant.

BENJAMIN E. COHEN, (H. J. ROSENBERG, of counsel,)
for appellee.

Mr. JUSTICE FARMER delivered the opinion of the court:

This suit was begun by appellant, the city of Chicago,
filing a *præcipe* in the municipal court in said city for a
summons against appellee. The bill of particulars stated
that the city of Chicago claimed a penalty, not exceeding
$100, for the violation of section 2040 of the revised muni-
cipal code of the city of Chicago by appellee for carrying on
in said city the business of junk dealer without first obtain-
ing a license so to do. Summons was issued as prayed, and
served. Trial was had in the municipal court, and a judg-
ment entered against appellee for $100 debt and costs of
suit and an execution awarded therefor. Appellee here, who
was defendant below, appealed from the judgment of the
municipal court to the Appellate Court. That court re-
versed the judgment of the municipal court without remand-

ing the case, and the city of Chicago has brought the case to this court by appeal.

The Appellate Court made no certificate of importance. The statute does not warrant appeals from the Appellate Court to this court in such cases, and the appeal is dismissed.

*Appeal dismissed.*